1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2    Claude M. Stern (Bar No. 96737)
     claudestern@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
4  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
5
     Joseph M. Paunovich (Bar No. 228222)
6    joepaunovich@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
7  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
8  Facsimile:    (213) 443-3100

9  Attorneys for Plaintiff
   Rovi Solutions Corporation
10

11                    UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13 | ROVI SOLUTIONS CORPORATION, a | CASE NO. 12-cv-04209-RS
   | Delaware corporation, |
14 | |
   | Plaintiff, | **STIPULATION AND [~~PROPOSED~~]**
15 | | **ORDER TO CONTINUE OPPOSITION**
   | vs. | **DATE FOR DEFENDANT LENOVO**
16 | | **(UNITED STATES) INC.'S MOTION TO**
   | LENOVO (UNITED STATES) INC., a | **DISMISS PLAINTIFF'S CLAIMS OF**
17 | Delaware corporation, | **INDIRECT AND WILLFUL**
   | | **INFRINGEMENT**
18 | Defendant. |

19

20
        WHEREAS, defendant Lenovo (United States) Inc. filed a motion to dismiss Plaintiff's
21
   Claims of Indirect and Willful Infringement pursuant to Fed. R. Civ. P. 12(b)(6) on August 31,
22
   2012 (Dkt. No. 8);
23
        WHEREAS, plaintiff Rovi Solutions Corporation's ("Rovi") current deadline to respond
24
   under the local rules is Friday, September 14;
25
        WHEREAS, plaintiff Rovi has requested 14 additional days to respond in light of its
26
   recent hiring of new counsel to represent it in this litigation;
27
   02435.52069/4960235.1
28 STIPULATION AND [~~PROPOSED~~] ORDER ON                             Case No.: 3:12-cv-04209-RS
   CONTINUANCE OF BRIEFING ON MOTION TO
   DISMISS INDIRECT AND WILLFUL
   INFRINGEMENT CLAIMS

1  WHEREAS, Defendant Lenovo (United States) Inc. has consented to Rovi's request to continue the deadline for responding by 14 days, thus extending the opposition deadline to September 28;

4  WHEREAS, Defendant Lenovo, with Rovi's consent, intends to re-notice the hearing of its motion to dismiss to November 8, 2012, in light of the recent reassignment of the action;

6  It is therefore stipulated between the Parties that, subject to the approval of the Court, the deadline for Rovi to file its Opposition is September 28, 2012, and Lenovo (United States) will file and serve its reply in accordance with Civil LR 7-3(c) pursuant to this extended opposition deadline.

Respectfully submitted,

DATED: September 13, 2012

*/s/ Joseph Paunovich*
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Joseph M. Paunovich (Bar No. 228222)
joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Rovi Solutions Corp.

*/s/ Megan Whyman Olesek by Permission*
Douglas E. Ringel (pro hac vice)
dringel@kenyon.com
Yariv Waks (pro hac vice)
ywaks@kenyon.com
1500 K Street N.W., Suite 700
Washington, D.C. 20005
Telephone    (202) 220-4200
Facsimile:    (202) 220-4201

John Flock (pro hac vice)
jflock@kenyon.com
One Broadway
New York, NY 10004
Telephone:   (212) 908-6490
Facsimile:    (202) 425-5288

Megan Whyman Olesek (Bar No. 191218)
molesek@kenyon.com
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone:   (650) 384-4700
Facsimile:    (650) 384-4701

Attorneys for Defendant Lenovo (United States) Inc.

**ATTESTATION PURSUANT TO CIVIL L. R. 5-1**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: September 13, 2012            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: */s/ Joseph M. Paunovich*
Joseph M. Paunovich
Attorneys for Plaintiff ROVI SOLUTIONS CORPORATION

1
2
**ORDER**

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

4   Dated: __9/14____, 2012         By: _____/s/ Richard Seeborg_____
                                              Hon. Richard Seeborg
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28