QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Plaintiff
Rovi Solutions Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROVI SOLUTIONS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 12-cv-04209-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE OPPOSITION DATE FOR DEFENDANT LENOVO (UNITED STATES) INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS OF INDIRECT AND WILLFUL INFRINGEMENT** |

WHEREAS, defendant Lenovo (United States) Inc. filed a motion to dismiss Plaintiff's Claims of Indirect and Willful Infringement pursuant to Fed. R. Civ. P. 12(b)(6) on August 31, 2012 (Dkt. No. 8);

WHEREAS, plaintiff Rovi Solutions Corporation's ("Rovi") current deadline to respond under the local rules is Friday, September 14;

WHEREAS, plaintiff Rovi has requested 14 additional days to respond in light of its recent hiring of new counsel to represent it in this litigation;

02435.52069/4960235.1

STIPULATION AND [PROPOSED] ORDER ON CONTINUANCE OF BRIEFING ON MOTION TO DISMISS INDIRECT AND WILLFUL INFRINGEMENT CLAIMS

Case No.:  3:12-cv-04209-RS

1  WHEREAS, Defendant Lenovo (United States) Inc. has consented to Rovi's request to
2  continue the deadline for responding by 14 days, thus extending the opposition deadline to
3  September 28;

4  WHEREAS, Defendant Lenovo, with Rovi's consent, intends to re-notice the hearing of
5  its motion to dismiss to November 8, 2012, in light of the recent reassignment of the action;

6  It is therefore stipulated between the Parties that, subject to the approval of the Court, the
7  deadline for Rovi to file its Opposition is September 28, 2012, and Lenovo (United States) will
8  file and serve its reply in accordance with Civil LR 7-3(c) pursuant to this extended opposition
9  deadline.

10

11  Respectfully submitted,                              DATED: September 13, 2012

12

13  /s/ Joseph Paunovich                                 /s/ Megan Whyman Olesek by Permission
    Claude M. Stern (Bar No. 96737)                     Douglas E. Ringel (pro hac vice)
    claudestern@quinnemanuel.com                        dringel@kenyon.com
14  555 Twin Dolphin Drive, 5th Floor                   Yariv Waks (pro hac vice)
    Redwood Shores, California 94065-2139               ywaks@kenyon.com
15  Telephone:    (650) 801-5000                        1500 K Street N.W., Suite 700
    Facsimile:    (650) 801-5100                        Washington, D.C. 20005
16                                                      Telephone    (202) 220-4200
    Joseph M. Paunovich (Bar No. 228222)                Facsimile:   (202) 220-4201
17  joepaunovich@quinnemanuel.com
    865 South Figueroa Street, 10th Floor               John Flock (pro hac vice)
18  Los Angeles, California 90017-2543                  jflock@kenyon.com
    Telephone:    (213) 443-3000                        One Broadway
19  Facsimile:    (213) 443-3100                        New York, NY 10004
                                                        Telephone:   (212) 908-6490
20  Attorneys for Plaintiff Rovi Solutions              Facsimile:   (202) 425-5288
    Corp.
21                                                      Megan Whyman Olesek (Bar No. 191218)
                                                        molesek@kenyon.com
22                                                      1801 Page Mill Road, Suite 210
                                                        Palo Alto, CA 94304-1216
23                                                      Telephone:   (650) 384-4700
                                                        Facsimile:   (650) 384-4701
24
                                                        Attorneys for Defendant Lenovo (United States)
25                                                      Inc.

26

27

28  02435.52069/4960235.1                    - 2 -
    STIPULATION AND [PROPOSED] ORDER ON                                  Case No.:  3:12-cv-04209-RS
    CONTINUANCE OF BRIEFING ON MOTION TO DISMISS
    INDIRECT AND WILLFUL INFRINGEMENT CLAIMS

**ATTESTATION PURSUANT TO CIVIL L. R. 5-1**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: September 13, 2012    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Joseph M. Paunovich*
Joseph M. Paunovich
Attorneys for Plaintiff ROVI SOLUTIONS CORPORATION

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | Dated: __9/14____, 2012         By: ___/s/ Richard Seeborg_____ |
| 5 | Hon. Richard Seeborg |

02435.52069/4960235.1                                      - 4 -
STIPULATION AND [~~PROPOSE~~D] ORDER ON                                   Case No.: 3:12-cv-04209-RS
CONTINUANCE OF BRIEFING ON MOTION TO DISMISS
INDIRECT AND WILLFUL INFRINGEMENT CLAIMS